**Affirmed as Modified and Opinion Filed October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00067-CR
_____

### JOHNNY RAY ELLIOTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F06-66580-I
_____

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Myers
Opinion by Justice Francis

Johnny Ray Elliott appeals from the adjudication of his guilt for assault involving family violence, with a prior assault-family violence conviction. The trial court assessed punishment, enhanced by one prior felony conviction, at imprisonment for ten years. In two issues, appellant contends the trial court's judgment adjudicating guilt should be modified to accurately reflect his plea to the motion to adjudicate and the name of the State's attorney. We modify the trial court's judgment adjudicating guilt and affirm as modified.

The judgment adjudicating guilt recites appellant pleaded true to the motion to adjudicate and the attorney representing the State during the proceedings was Justin McCants. The record,

however, shows appellant pleaded not true to the allegations in the motion to adjudicate, and that Rontear Farmer represented the State during the proceedings. Thus, the judgment is incorrect. We sustain appellant's issues.

We also note the judgment incorrectly recites terms of a plea bargain agreement. We modify the judgment adjudicating guilt to show: (1) the attorney for the State is "Rontear Farmer;" (2) the plea to the motion to adjudicate is "not true;" and (3) to delete "10 years TDCJ" from the "terms of plea bargain" section. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment adjudicating guilt.

Do Not Publish
TEX. R. APP. P. 47
140067F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHNNY RAY ELLIOTT, Appellant

No. 05-14-00067-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas (Tr.Ct.No. F06-66580-I).
Opinion delivered by Justice Francis, Chief Justice Wright and Justice Myers participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Rontear Farmer."

The section entitled "Plea to Motion to Adjudicate" is modified to show "Not True."

Delete "10 Years TDCJ" from section entitled "Terms of Plea Bargain."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered October 21, 2014